**2009–0948. State ex rel. Brown v. Lemmerman.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of respondent's motion for order requiring that the affidavit of Cynthia Lemmerman be maintained under seal,

It is ordered by the court that the motion is granted.

## MISCELLANEOUS DISMISSALS

**2009–1417. State ex rel. GMS Mgt. Co., Inc. v. Vivo.**

In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2009–1648. State ex rel. Ohio Christian Alliance v. Strickland.**

In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus and prohibition. Upon consideration of relators' application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2009–1679. Guaranteed Rate, Inc. v. James.**

Warren App. No. CA2009–04–038. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of the court that appellant has not filed a memorandum in support of jurisdiction, due September 28, 2009, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.

## CASE ANNOUNCEMENTS

*October 6, 2009*

[Cite as *10/06/2009 Case Announcements*, 2009-Ohio-5288.]

## MOTION AND PROCEDURAL RULINGS

**In re Hughley.**

On September 16, 2009, this court found Kevin Hughley to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Hughley was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On October 1, 2009, Hughley submitted a motion for leave to file a notice of appeal. Upon review of the proffered document, the court finds it without merit. Accordingly,

It is ordered by the court that Kevin Hughley is denied leave to file a notice of appeal.

**2009–1583. State ex rel. Hague v. Ashtabula Cty. Bd. of Commrs.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration thereof,

It is ordered by the court, sua sponte, that an alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:

The parties shall file any evidence they intend to present within ten days of the date of this entry; relator shall file a brief within seven days of the filing of the evidence; respondents' shall file a brief within seven days after the filing of relator's brief; and relator may file a reply brief within three days after filing of respondents' brief.